**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000123
12-FEB-2026
08:24 AM
Dkt. 26 ODSMR**

NO. CAAP-25-0000123

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
FRANCIS GRANDINETTI, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
(CASE NO. 3DCW-25-0000285)

ORDER
(By: Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of self-represented Defendant-Appellant Francis Grandinetti's (**Grandinetti**) October 6, 2025 Defendant-Appellant on Motion for Petition, Appeal, Habeas Corpus, or Other Appellate Relief (**Motion**), the papers in support and the record, it appears Grandinetti requests reconsideration of our August 27, 2025 order denying his August 19, 2025 motion for reconsideration and other relief.

The request for reconsideration of our August 27, 2025 order is dismissed. See Hawaiʻi Rules of Appellate Procedure Rule 40(e). The court lacks jurisdiction to address the other requests for relief in the Motion.

DATED: Honolulu, Hawaiʻi, February 12, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge